Case 113.—MOTION BY PLAINTIFF FOR DAMAGES ON A
SUPERSEDEAS BOND—MOTION MADE IN APPELLATE
COURT.—Motion Sustained.

## Nelson County v. City of Bardstown.

1. Appeal—Dismissal—Damages—Damages will be awarded on a
supersedeas, where the appeal is dismissed for want of juris-
diction and the judgment was for the payment of money.
2. Same—Failure to award damages on a supersedeas, where
the appeal was dismissed, was only a clerical error, and may
be corrected on motion, although the time for filing the peti-
tion for rehearing has expired.
3. Same—Where a county or other municipality supersedes a
judgment, and appeals, damages will be awarded on dismissal
for want of jurisdiction, though it might be impracticable
to collect the judgment.
For former judgment see 121 Ky.

NAT W. HALSTEAD and GREENE & VANWINKLE for ap-
pellant.

R. C. CHERRY and G. S. & J. A. FULTON for appellee.

Opinion by Chief Justice Hobson—Sustaining.

On September 27, 1906, this appeal was dismissed
for want of jurisdiction, and on November 27th a
motion was entered for damages on the supersedeas.

Damages will be awarded on a supersedeas, where
the appeal is dismissed for want of jurisdiction. Amer-
ican Accident Company v. Slaughter, 101 Ky. 269,
19 Ky. Law Rep., 418, 40 S. W. 675. The failure to
award damages when the appeal was dismissed was
only a clerical error, and may be corrected on motion,
as any other clerical error, although the time for
filing the petition for rehearing has expired.

Where a county or other municipality supersedes
a judgment, and appeals, damages will be awarded
as against any other litigant, although it might be
impracticable to collect the judgment on execution

against the county. The right to damages depends upon the character of the judgment superseded, and, the judgment in this case being for the payment of money, damages may be awarded.

Motion sustained.